# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| Vs. | ) | Docket No. 4:00cr15LN-001 |
| | ) | |
| KIM GIANAKOS | ) | |

### ORDER

The supervising probation officer having reported that the offender has made a good-faith effort to comply with the conditions of supervision requiring the payment of financial obligations, but for the circumstances which have been reported to the Court and which have precluded full payment, the Court finds that the offender's supervision case should be allowed to terminate on the scheduled expiration date and the court-ordered financial obligations should remain outstanding for the Government to pursue collection.

SO ORDERED this the 22nd day of May, 2007

TOM S. LEE
SENIOR U.S. DISTRICT JUDGE